## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMY MILLETT-LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 18-1642-CFC |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| COLONIAL SCHOOL DISTRICT; THE | ) | |
| BOARD OF EDUCATION, COLONIAL | ) | |
| SCHOOL DISTRICT; DUSTY | ) | |
| BLAKEY, INDIVIDUALLY AND IN | ) | |
| HER OFFICIAL CAPACITY AS | ) | |
| SUPERINTENDENT COLONIAL | ) | |
| SCHOOL DISTRICT,) | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this

action is dismissed with prejudice, with each party bearing its own costs and fees.

| ALLEN & ASSOCIATES | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| | |
| */s/ Michele D. Allen* | */s/ Lauren M. Russell* |
| Michele D. Allen, Esq. (No. 4359) | Lauren M. Russell, Esq. (No. 5366) |
| 4250 Lancaster Pike, Suite 230 | 1000 North King Street |
| Wilmington, DE 19805 | Wilmington, DE 19808 |
| Telephone: (302) 234-8600 | Telephone: (302) 576-3255 |
| Facsimile: (302) 234-8602 | Facsimile: (302) 576-3750 |
| Email: michele@allenlaborlaw.com | Email: lrussel@ycst.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

Dated: June 2, 2020

      **SO ORDERED** this _____ day of _____, 2020.

_____
Hon. Colm F. Connolly